No. 12–144. HOLLINGSWORTH ET AL. *v.* PERRY ET AL. C. A. 9th Cir. Certiorari granted. In addition to the question presented by the petition, the parties are directed to brief and argue the following question: "Whether petitioners have standing under Article III, § 2, of the Constitution in this case."

No. 12–307. UNITED STATES *v.* WINDSOR, EXECUTOR OF THE ESTATE OF SPYER, ET AL. C. A. 2d Cir. Certiorari granted. In addition to the question presented by the petition, the parties are directed to brief and argue the following questions: "Whether the Executive Branch's agreement with the court below that DOMA [Defense of Marriage Act] is unconstitutional deprives this Court of jurisdiction to decide this case; and whether the Bipartisan Legal Advisory Group of the United States House of Representatives has Article III standing in this case."

No. 12–416. FEDERAL TRADE COMMISSION *v.* WATSON PHARMACEUTICALS, INC., ET AL. C. A. 11th Cir. Certiorari granted. JUSTICE ALITO took no part in the consideration or decision of this petition.

DECEMBER 10, 2012

No. 12–7122. TOTARO *v.* UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH DAKOTA. C. A. 8th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See *Martin* v. *District of Columbia Court of Appeals*, 506 U. S. 1 (1992) (*per curiam*).